# Court of Appeals
# of the State of Georgia

ATLANTA, June 22, 2022

*The Court of Appeals hereby passes the following order:*

## A22A1423. YVONNE GAITHER v. ANNE HAMNER et al

This case was docketed by this court on May 10, 2022, and Appellant's brief and enumerations of error were due May 30, 2022. As of the date of this order, Appellant still has not filed a brief and enumeration of errors and has not requested an extension of time in which to do so. Accordingly, Appellees' motion to dismiss is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/22/2022

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_, *Clerk.*